JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

LAUREN D. ADKINS
lauren.adkins@usdoj.gov
Tel: (202) 305-0247
MICHAEL C. MARTINEZ (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Tel: (202) 514-0135
TRAVIS ANNATOYN
travis.annatoyn@usdoj.gov
Tel: (202) 514-5243
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

Attorneys for Federal Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, ET AL.<br><br>Defendants. | No. 1:17-cv-00441-LJO-SAB<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PAGE LIMITS AND CONTINUE PLEADINGS DEADLINES AND DATE OF SCHEDULING CONFERENCE** |

1

As set forth below, Plaintiffs Central Sierra Environmental Resource Center and Sierra Forest Legacy, and Defendants Jeanne M. Higgins, Stanislaus National Forest and the United States Forest Service hereby respectfully request that the Court amend the schedule in this matter.  In particular, the parties request that the Court enter a schedule providing that (1) Plaintiffs shall move to amend their Complaint to add any claims under the Endangered Species Act ("ESA") by June 30, 2017; (2) Defendants shall file a motion to dismiss Plaintiffs' Complaint or Amended Complaint by July 30, 2017; (3) the Scheduling Conference currently set for June 27, 2017 is continued until resolution of Defendants' motion to dismiss; and (4) the page limits for briefing on Defendants' motion to dismiss shall be 40 pages (for opening and responsive briefs) and 20 pages (for Defendants' reply brief).  In support of this motion, the parties state as follows:

1. This lawsuit is a challenge to certain grazing activities on three cattle grazing allotments on the Stanislaus National Forest.  Plaintiffs' Complaint includes claims for relief under the Clean Water Act ("CWA"), the National Forest Management Act ("NFMA"), and the Rescissions Act.

2. Plaintiffs served their Complaint on the United States Attorney for the Eastern District of California on April 5, 2017.  Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' responsive pleading is due on June 5, 2017.

3. The Court has set a Scheduling Conference for June 27, 2017.

4. By letter dated April 12, 2017, Plaintiffs sent a notice of intent to sue under the ESA.  See 16 U.S.C §1540(g)(2)(A).

5. Plaintiffs may move to amend their Complaint to include claims for relief under the ESA.

6. Defendants anticipate moving to dismiss some or all of Plaintiffs' claims under the CWA, NFMA, and the Rescissions Act, and may move to dismiss any ESA claim[s] set forth in amended pleadings filed by Plaintiffs.

7. Any motion to dismiss is likely to involve substantial briefing, since Plaintiffs' lawsuit implicates at least three environmental statutes.

8. Judicial economy is best served by avoiding premature scheduling conferences.

9. Accordingly, the parties respectfully request that the Court enter a schedule providing that (1) Plaintiffs shall move to amend their Complaint with any claims under the ESA by June 30, 2017; (2) Defendants shall file their motion to dismiss Plaintiffs' Complaint or Amended Complaint by July 30, 2017; (3) the initial status conference currently scheduled for June 27, 2017 is continued until resolution of Defendants' motion to dismiss; and (4) the page limits for briefing on Defendants' motion to dismiss shall be 40 pages (for opening and responsive briefs) and 20 pages (for Defendants' reply brief).

10. In requesting this schedule, the parties do not waive any claim or defense with respect to pleadings. In particular, Defendants consent under Federal Rule of Civil Procedure 15(a)(1)(B) to Plaintiffs amending their pleadings in response to Defendants' motion to dismiss.

Respectfully submitted this 31st day of May, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Lauren D. Adkins
LAUREN D. ADKINS
lauren.adkins@usdoj.gov
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0247
Fax: 202-305-0506

/s/ Michael C. Martinez
MICHAEL C. MARTINEZ (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-514-0135
Fax: 202-514-8865

Attorneys for Federal Defendants

/s/ Michael W. Graf
Michael W. Graf (SBN 136172)
Peter M.K. Frost, *pro hac vice*

Attorneys for Plaintiffs

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **June 1, 2017**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES CHIEF DISTRICT JUDGE