# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER and SIERRA FOREST LEGACY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**STANISLAUS NATIONAL FOREST, et al.,**<br><br>**Defendants.** | **1:17-cv-441-LJO-SAB**<br><br>**MEMORANDUM DECISION AND ORDER RE UNOPPOSED MOTION TO INTERVENE (Doc. 11)** |

Before the Court is the unopposed motion to intervene as Defendants under Federal Rule of Civil Procedure 24(a) filed by Robert Brennan, Sherrine Brennan, Jesse Ridel, Jenny Riedel, Clifton Hodge, California Farm Bureau Federation, California Cattlemen's Association, and Stanislaus National Forest Grazing Permittees Association ("Applicants"). Doc. 11. All other parties have filed statements of non-opposition to Applicants' intervention. Docs. 21 & 22. Accordingly, the Court concludes that the matter is suitable for decision on the papers pursuant to Local Rule 230(g).

Having considered the papers and evidence submitted by the parties, the Court finds the requirements for intervention under Rule 24(a) are met. Conditioned on Applicants strictly limiting their participation solely to issues about which they can provide <u>non-repetitive</u>, unique information and/or arguments, the motion is GRANTED, and it is ORDERED that Applicants are granted leave to intervene as Defendants in this action. The hearing on the motion, currently set for June 28, 2017, is VACATED.

IT IS SO ORDERED.

Dated: __June 14, 2017__          _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES CHIEF DISTRICT JUDGE