Michael W. Graf (SBN 136172)
Law Offices
227 Behrens Street
El Cerrito, California 94530
Telephone: (510) 525-1208
mwgraf@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Telephone: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs Central Sierra Environmental
Resource Center and Sierra Forest Legacy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al.<br><br>Plaintiffs<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, et al.<br><br>Defendants,<br><br>CALIFORNIA FARM BUREAU, et al.<br><br>Defendant-Intervenors. | No. 1:17-cv-00441-LJO-SAB<br><br>**PARTIES' JOINT STIPULATION AND ORDER REGARDING SECOND AMENDED COMPLAINT, MODIFYING PAGE LIMITS, AND CONTINUING PLEADINGS DEADLINE** |

Plaintiffs Central Sierra Environmental Resource Center, et al. ("Plaintiffs"), Defendants Jeanne M. Higgins,[1] Stanislaus National Forest and the United States Forest Service, et al. ("Defendants") and Defendant-Intervenors California Farm Bureau, et al. ("Defendant-Intervenors") have conferred, and hereby stipulate to and respectfully request that the Court enter an order establishing the following terms for management of this case:

On September 5, 2017, Plaintiffs filed a Second Amended Complaint. ECF No. 33. The parties disagree about the timeliness of the Second Amended Complaint. Plaintiffs contend that Defendants consented to the filing in a May 31, 2017 Stipulation ("May 31 Stipulation"). *See* ECF Nos. 18-19. Meanwhile Defendants contend that under the May 31 Stipulation, Defendants only consented to an amendment under Federal Rule of Civil Procedure 15(a)(1)(B)[2] (see May 31 Stip., ¶10), meaning that Plaintiffs could amend as a matter of course within 21 days of the filing of the Defendants' motion to dismiss. Because Defendants filed a motion to dismiss on July 30, 2017 (ECF No. 27), Defendants contend that Plaintiffs' 21-day period to amend their First Amended Complaint expired on August 21, 2017, whereas Plaintiffs filed the Second Amended Complaint on September 5, 2017, which under the local rules was the deadline for their response to the motion to dismiss.

To avoid a protracted procedural argument and to promote judicial economy, Defendants and Defendant-Intervenors consent under Rule 15(a)(2) to the filing of the Second Amended Complaint.

The parties agree as follows:

1. That the motion hearing set for September 19, 2017, should be taken off calendar.
2. On or before September 29, 2017, Defendants and Defendant-Intervenors will file motions to dismiss the second amended complaint, not to exceed 40 pages.

---

[1] Jeanne Higgins is no longer the Forest Supervisor for the Stanislaus National Forest. Scott Tangenberg is the Acting Forest Supervisor and Jason Kuiken is set to become the Forest Supervisor in late October 2017.

[2] Federal Rule of Civil Procedure 15(a)(1)(B) states that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)."

3. On or before October 13, 2017, Plaintiffs will file their responses to the motions to dismiss, not to exceed 40 pages each.

4. On or before October 27, 2017, Defendants and Defendant-Intervenors will file their replies, not to exceed 20 pages each.

5. The motions to dismiss shall be set for hearing on November 8, 2017, at 10 a.m., or as soon thereafter as the matter may be heard.

6. Any further amendments to the pleadings shall be made pursuant to Rule 15(a)(2).

Date: September 11, 2017.    Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Michael W. Graf (SBN 136172)

Attorneys for Plaintiffs


JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Lauren D. Adkins
LAUREN D. ADKINS
lauren.adkins@usdoj.gov
Tel: (202) 305-0247
MICHAEL C. MARTINEZ (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Tel: (202) 514-0135
TRAVIS ANNATOYN
travis.annatoyn@usdoj.gov
Tel: (202) 514-5243
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Fax: 202-305-0506

Attorneys for Federal Defendants

|   |   |
|---|---|
| 1 | <div style="text-align:center">/s/ Scott W. Horngren</div> |
| 2 | Scott W. Horngren, *pro hac vice* |
|   | Caroline Lobdell, *pro hac vice* |
| 3 | Shay S. Scott, *pro hac vice* |

/s/ Scott W. Horngren
Scott W. Horngren, *pro hac vice*
Caroline Lobdell, *pro hac vice*
Shay S. Scott, *pro hac vice*

Attorneys for Defendant-Intervenors

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Clerk of Court is directed to terminate administratively the pending motions to dismiss (ECF Nos. 31 and 27).

IT IS SO ORDERED.

Dated: **September 13, 2017**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE