Michael W. Graf (SBN 136172)
Law Offices
227 Behrens Street
El Cerrito, California 94530
Telephone: (510) 525-1208
mwgraf@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Telephone: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs Central Sierra Environmental Resource Center and Sierra Forest Legacy

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, et al.<br><br>Defendants,<br><br>CALIFORNIA FARM BUREAU, et al.<br><br>Defendant-Intervenors. | No. 1:17-cv-00441-LJO-SAB<br><br>**PARTIES' JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE BRIEFS AND VACATING HEARING** |

| | |
|---|---|
| 1 | Counsel for Plaintiffs Central Sierra Environmental Resource Center, et al., Defendants |
| 2 | Stanislaus National Forest et al., and Defendant-Intervenors California Farm Bureau, et al. have |
| 3 | conferred, and pursuant to L.R. 144(a) hereby stipulate to and respectfully request that the Court |
| 4 | enter an order extending for one week the deadlines for the parties to file their briefs related to |
| 5 | the pending motions to dismiss. *See* ECF # 40 & ECF # 41. |
| 6 | Pursuant to L.R. 144(b), there have been no previous extensions of time requested as to |
| 7 | this matter. |
| 8 | If the Court approves of the extensions, Plaintiffs' responses to the motions to dismiss |
| 9 | shall be due on or before October 20, 2017, and Defendants' and Defendant-Intervenors' replies |
| 10 | shall be due on or before November 3, 2017. |

Date: October 11, 2017.   Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Michael W. Graf (SBN 136172)

Attorneys for Plaintiffs

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Michael C. Martinez
MICHAEL C. MARTINEZ (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Tel: (202) 514-0135
LAUREN D. ADKINS
lauren.adkins@usdoj.gov
Tel: (202) 305-0247
TRAVIS ANNATOYN
travis.annatoyn@usdoj.gov
Tel: (202) 514-5243
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Fax: 202-305-0506

Attorneys for Federal Defendants


/s/ Scott W. Horngren
Scott W. Horngren, *pro hac vice*
Caroline Lobdell, *pro hac vice*
Shay S. Scott, *pro hac vice*

Attorneys for Defendant-Intervenors

## **ORDER**

Pursuant to the stipulation of the parties, Plaintiffs' responses to the motions to dismiss shall be due on or before October 20, 2017, and Defendants' and Defendant-Intervenors' replies shall be due on or before November 3, 2017. In order to give the Court sufficient time to consider the papers, the hearing on the motions, currently set for November 8, 2017, is **VACATED**. Upon the expiration of the reply deadline, the Court will inform the parties whether it will re-set the hearing or take the matter under submission on the papers pursuant to Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **October 11, 2017**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE