JEFFREY H. WOOD
ACTING ASSISTANT ATTORNEY GENERAL
Environment & Natural Resources Division
United States Department of Justice

LAUREN D. ADKINS
MICHAEL C. MARTINEZ
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0247

*Attorneys for the Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00441-LJO-SAB<br><br>**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE REPLY BRIEFS** |

*Defs.' Reply in Supp. of Mot. to Dismiss*     1

Federal Defendants', Plaintiffs, and Defendant-Intervenors California Farm Bureau, et. al. have conferred, and pursuant to L.R. 144(a) hereby stipulate to and respectfully request that the Court enter an order extending the time for filing reply briefs in related to the pending motions to dismiss (ECF Nos. 40, 41) until Wednesday, November 8, 2017 in light of the number of arguments set forth in Plaintiffs' Opposition to said motions. *See* ECF No. 46.

Pursuant to L.R. 144(b), there has been one previous extension of time requested as to this matter. ECF No. 43. The Court granted the request and vacated the hearing on the motions. ECF No. 44.

If the Court approves of the extensions, Federal Defendants' and Defendant-Intervenors' replies shall be due on or before Wednesday, November 8, 2017.

Date: November 2, 2017.   JEFFREY H. WOOD
ACTING ASSISTANT ATTORNEY GENERAL
Environment and Natural Resources Division
United States Department of Justice

/s/ *Lauren D. Adkins*
LAUREN D. ADKINS
MICHAEL C. MARTINEZ
Trial Attorneys
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0247 (Adkins)
Phone: (202) 514-0135 (Martinez)
Fax: (202) 305-0506 (Adkins)
lauren.adkins@usdoj.gov
michael.c.martinez@usdoj.gov

Attorneys for Federal Defendants

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Michael W. Graf (SBN 136172)
Attorneys for Plaintiffs

/s/ Scott W. Horngren
Scott W. Horngren, *pro hac vice*
Caroline Lobdell, *pro hac vice*
Shay S. Scott, *pro hac vice*
Attorneys for Defendant-Intervenors

**ORDER**

Pursuant to the stipulation of the parties, Federal Defendants' and Defendant-Intervenors' replies shall be due on or before Wednesday, November 8, 2017.

IT IS SO ORDERED.

Dated: **November 3, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE