# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOUCE CENTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STANISLAUS NATIONAL FOREST, et al.,<br><br>　　　　Defendants,<br><br>　　and<br><br>ROBERT AND SHERRINE BRENNAN, et al.,<br><br>　　　　Defendant-Intervenors. | **Case No. 1:17-cv-00441-LJO-SAB**<br><br>**SCHEDULING ORDER (Fed.R.Civ.P 16)**<br><br>**Dispositive Motion Deadlines:**<br>　Filing: August 7, 2018<br>　Def. Oppostion/ Cross Motion: September 11, 2018<br>　Intervenor Cross Motion: September 18, 2018<br>　Pl. Opposition/Reply: October 16, 2018<br>　Def. Reply: November 13, 2018<br>　Intervenor Reply: November 20, 2018<br>　Hearing: December 11, 2018, at 8:30 a.m. in Courtroom 4 (LJO) |

**I.　Date of Scheduling Conference**

The Scheduling Conference was held on May 14, 2018.

**II.　Appearances of Counsel**

Counsel Peter Frost appeared on behalf of Plaintiffs.

Counsel John Tustin and Michael Martinez appeared on behalf of Defendants.

Counsel Scott Horngren, Caroline Lobdell, and Kari Fisher appeared on behalf of Intervenor Defendants.

///

### III. Consent to Magistrate Judge

Pursuant to 28 U.S.C. § 636(c), to the parties who have not consented to conduct all further proceedings in this case, including trial,[1] before United States Magistrate Judge Stanley A. Boone, you should be informed that because of the pressing workload of United States district judges and the priority of criminal cases under the United States Constitution, you are encouraged to consent to magistrate judge jurisdiction in an effort to have your case adjudicated in a timely and cost effective manner.

The parties are advised that they are free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

### IV. Amendments to Pleading

The parties do not anticipate any amendments to the pleadings at this time.

The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary. All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed.R.Civ.P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see* Foman v. Davis, 371 U.S. 178, 182 (1962).

### V. Motion Schedule

Unless prior leave of Court is obtained at least seven (7) days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed the following page limitations.

Plaintiffs' motion for summary judgment: 40 pages

Defendants' cross motion for summary and opposition: 40 pages

Intervenors' cross motion for summary judgment: 25 pages

---

[1] Except those proceedings delegated to the United States magistrate judges by 28 U.S.C. § 636(b) and the district judges by the Local Rules for the Eastern District of California.

2

      Plaintiffs' opposition to Defendants'/Intervenors' cross motion for summary judgment and reply: 60 pages

      Defendants' reply: 40 pages

      Intervenors' reply: 25 pages

      The parties must comply with all requirements set forth in Local Rule 230 and 251.

      Defendant shall lodge the administrative record on or before **June 22, 2018**. Any supplemental records shall be lodged on or before **July 23, 2018**. The parties motions for summary judgment shall be filed according to the following schedule.

      Plaintiffs' motion for summary judgment: **August 7, 2018**

      Def. Oppostion/ Cross Motion: **September 11, 2018**

      Intervenor Cross Motion: **September 18, 2018**

      Pl. Opposition/Reply: **October 16, 2018**

      Def. Reply: **November 13, 2018**

      Intervenor Reply: **November 20, 2018**

      Hearing: **December 11, 2018, at 8:30 a.m. in Courtroom 4 (LJO)**

      In filing motions, the parties shall comply with **<u>Fed. R. Civ. P 56 and Local Rules 230 and 260</u>**.

      **VI.**    **<u>Related Matters Pending</u>**

      There are no pending related matters.

      **VII.**    **<u>Compliance with Federal Procedure</u>**

      All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California.

      Additional requirements and more detailed procedures for courtroom practice before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court

for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB).  In the area entitled "Case Management Procedures," there is a link to "Standard Information."  All parties and counsel shall comply with the guidelines set forth therein.

### VIII.  Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.  The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause.**

**Lastly, should counsel or a party appearing pro se fail to comply with the directions as set forth above, an ex parte hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered.**

IT IS SO ORDERED.

Dated:  **May 14, 2018**                                   _____
                                                                              UNITED STATES MAGISTRATE JUDGE