# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, et al.,<br><br>Defendants. | Case No. 1:17-cv-00441-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR ANY SUPPLEMENTS TO THE ADMINISTRATIVE RECORD AND ANY MOTIONS TO FURTHER SUPPLEMENT THE ADMINISTRATIVE RECORD<br><br>(ECF No. 69) |

On May 14, 2018, the Court issued a scheduling order that required that any supplemental records to the administrative record be filed on or before July 23, 2018. (ECF No. 66.) On July 23, 2018, the parties filed a stipulation for an extension of time for any supplements to the administrative record and any motions to further supplement the administrative record. (ECF No. 69.) Accordingly, IT IS HEREBY ORDERED that any supplement to the administrative record and any motion to further supplement the record shall be filed on or before July 30, 2018. All other dates and aspects of the May 14, 2018 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **July 24, 2018**

UNITED STATES MAGISTRATE JUDGE