Michael W. Graf (SBN 136172)
Law Offices
227 Behrens Street
El Cerrito, California 94530
Telephone: (510) 525-1208
mwgraf@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Telephone: 541-359-3238
frost@westernlaw.org

Attorneys for Plaintiffs Central Sierra Environmental
Resource Center and Sierra Forest Legacy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, et al.<br><br>Defendants,<br><br>CALIFORNIA FARM BUREAU, et al.<br><br>Defendant-Intervenors. | No. 1:17-cv-00441-LJO-SAB<br><br>**PARTIES' JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE BRIEFS** |

Counsel for Plaintiffs Central Sierra Environmental Resource Center, et al., Defendants Stanislaus National Forest et al., and Defendant-Intervenors California Farm Bureau, et al. have conferred, and pursuant to L.R. 144(a) hereby stipulate to and respectfully request that the Court enter an order extending for three (3) days the deadlines for the parties to file their briefs related to their motions for summary judgment. *See* ECF # 62, ECF # 66.

Pursuant to L.R. 144(b), there have been no previous extensions of time requested as to this matter.

If the Court approves of the extensions, Plaintiffs' motion for summary judgment shall be due on or before August 10, 2018, Defendants' opposition and cross-motion for summary judgment shall be due on or before September 14, 2018, and Intervenors' cross-motion shall be due on or before September 21, 2018. All other briefing deadlines shall remain the same.

Date: August 6, 2018. Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Michael W. Graf (SBN 136172)

Attorneys for Plaintiffs

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Michael C. Martinez
MICHAEL C. MARTINEZ
Trial Attorney
JOHN P. TUSTIN
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-0135 (Martinez)
(202) 305-3022 (Tustin)
Fax: (202) 202-514-8865 (Martinez)
(202) 305-0506 (Tustin)
michael.c.martinez@usdoj.gov
john.tustin@usdoj.gov

Attorneys for Federal Defendants

/s/ Scott W. Horngren
Scott W. Horngren, *pro hac vice*
Caroline Lobdell, *pro hac vice*
Shay S. Scott, *pro hac vice*

Attorneys for Defendant-Intervenors

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __**August 8, 2018**__       _____/s/ Lawrence J. O'Neill_____
                              UNITED STATES CHIEF DISTRICT JUDGE