# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SIERRA ENVIRONMENTAL RESOURCE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS NATIONAL FOREST, et al.,<br><br>Defendants. | Case No. 1:17-cv-00441-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE MICHAEL CEJA MARTINEZ AS ATTORNEY FOR DEFENDANTS<br><br>(ECF No. 8) |

On August 9, 2019, Defendants filed a notice of change in designation of counsel. Defendants request that Michael Ceja Martinez be removed as attorney of record. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Michael Ceja Martinez as attorney for Defendants in this action.

IT IS SO ORDERED.

Dated: **August 12, 2019**

UNITED STATES MAGISTRATE JUDGE

1